[Docket No. 14]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| KYLE CANNON, LEWIS LYONS, and DIANNE LYONS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil No. 16-1452 (RMB/AMD) |
| v. | **ORDER** |
| ASHBURN CORPORATION, et al., | |
| Defendants. | |

THIS MATTER having come before the Court upon the Motion to Dismiss or, in the alternative, to Strike by Defendants Ashburn Corporation d/b/a Wines 'Til Sold Out and WTSO.com (together, the "Defendants") [Docket No. 14]; and the Court having reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion issued on this date;

IT IS HEREBY on this **7th** day of **December 2016**,

**ORDERED** that the Defendants' Motion to Dismiss or, in the alternative, to Strike [Docket No. 14] is **GRANTED, in part, and DENIED, in part**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' New Jersey Consumer Fraud Act claim (Count I) is **GRANTED without prejudice, in part, and DENIED, in part**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' unjust enrichment claim (Count II) is **GRANTED with prejudice**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' fraud claim (Count III) is **GRANTED without prejudice, in part, and DENIED, in part**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' breach of contract claim (Count IV) is **GRANTED without prejudice, in part, and DENIED, in part**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' New Jersey Truth-in-Consumer Contract, Warranty and Notice Act claim (Count V) is **GRANTED without prejudice**; and it is further

**ORDERED** that Defendants' alternative Motion to Strike the class allegations in the Complaint is **DENIED without prejudice**; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days from the entry of this Order to amend their pleadings, if they choose to do so.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE