**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| KYLE CANNON, LEWIS LYONS, and DIANNE LYONS, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ASHBURN CORPORATION, WINES 'TIL SOLD OUT (WTSO.COM), and JONATHAN H. NEWMAN,<br><br>Defendants. | Civil Action No.:<br>1:16-cv-01452 (RMB) (AMD)<br><br>**[~~PROPOSED~~] STIPULATED ORDER TO EXTEND TIME TO RESPOND** |

Plaintiffs Kyle Cannon, Lewis Lyons, and Dianne Lyons, individually and behalf of all others similarly situated, by and through their counsel of record, and Defendant Ashburn Corporation d/b/a Wines 'Til Sold Out and WTSO.COM ("WTSO"), also by and through its counsel of record, hereby Stipulate and Agree as follows:

**WHEREAS,**

1. On December 7, 2016, the Court granted in part and denied in part WTSO's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b); and

2. WTSO's Answer to the portions of the Complaint which were not dismissed is due on or about December 21, 2016; and

3. The Court additionally granted Plaintiffs thirty (30) days leave to file an Amended Complaint; and

4. Plaintiffs presently intend to file an Amended Complaint; and

5. It would be a waste of the resources of the Court and the parties were WTSO to file an Answer to the Complaint in advance of the filing of an Amended Complaint by Plaintiffs;

**NOW, THEREFORE,** the Parties hereby stipulate that, upon approval of the Court, WTSO's time to answer or otherwise respond in this action shall be January 20, 2017 (14 days after the last day on which Plaintiffs may file their Amended Complaint) or 14 days after the filing of the Amended Complaint, whichever is earlier.

Suzanne Ilene Schiller, Esq.
Nicole R. Moshang, Esq.
James M. McClammer, Esq.
**MANKO, GOLD, KATCHER & FOX, LLP**
401 City Avenue, Suite 901
Bala Cynwyd, PA 19004
(484) 430-5700
*Attorneys for Defendant Ashburn Corporation d/b/a Wines 'Til Sold Out and WTSO.com*

/s/
Lindsey H. Taylor, Esq.
James E. Cecchi, Esq.
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Plaintiffs Kyle Cannon, Lewis Lyons, and Dianne Lyons, individually and on behalf of all others similarly situated*

**IT IS SO ORDERED.**

BY THE COURT

December 9, 2016

Renee Marie Bumb, J.