# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | MICHAEL CROSS |
| | BRIAN H. FENLON | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | **MEMBER NY AND MA BARS ONLY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

+MEMBER FL BAR ONLY

November 7, 2017

<u>VIA ECF</u>

Hon. Renée Marie Bumb
United States District Judge
Mitchell H. Cohen United States Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re: Cannon, *et al*. v. Ashburn Corporation, *et al*.
      Civil Action No. 16-1452(RMB)(AMD)

Dear Judge Bumb:

  Unfortunately I will be unable to attend tomorrow's hearing on the parties' Joint Motion for Preliminary Approval. I am currently serving on a jury panel in a proceeding before the Honorable Annette Scoca in Essex County and, surprisingly, I am still seated in the venire panel and in contention to be a juror! For this reason, I am unable to attend tomorrow's hearing. My associate Michael Innes will attend in my absence.

  If the Court has any questions, I am available at your convenience.

        Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO, P.C.

        /s/ James E. Cecchi

        JAMES E. CECCHI

cc: All Counsel (via ECF)