January 3, 2017

William B. James
3675 Classic Drive S.
Memphis, TN 38125

**RECEIVED**
**JAN 17 2018**
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Clerk of the Court
United States District Court for the District of New Jersey 4th & Cooper Streets
Camden, NJ 08101

Re: Cannon v. Ashburn Corporation d/b/a Wines 'til sold Out Class Action Settlement
Objection to Proposed Settlement:

I wish to enter an objection to the proposed settlement in this case. I was a customer of WTSO during the time period covered by this settlement. I became aware that the prices being shown by WTSO as the "normal" price were inflated and that the "discount" prices the wine was being offered for was not really a discount to the prices in the marketplace. This was hard to discern when wines which are not common names are being sold but I remember buying **Meomi Pinot Noir** and then seeing it advertised for less than the sale price on the site. After further investigation I stopped buying from the site.

That said, the fact that WTSO misrepresented the prices is a valid cause of action. This settlement proposal in no way properly addresses the damages to the customers who bought the wine.

This appears to be nothing more than an agreement between the attorneys and the defendant to allow the attorneys to be paid while promoting more profitable sales for WTSO. The "credits" being offered have to be applied as a small discount on each new bottle of wine purchased, not as a credit against total purchases. Zero money goes to the damaged parties. I expect that every sale going forward using these credits would still be profitable to WTSO and are the driver to allow them to pay the attorneys as scheduled.

As a damaged party in this case, I implore the court to recognize the ruse this proposal is and not approve it in its current form.

Thank you for your consideration,

William B. James

901-848-9686

Cannon v. Ashburn Corporation d/b/a Wines
'Til Sold Out Class Action Settlement
P.O. Box 404041
Louisville, KY 40233-4041

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626

**IMPORTANT
LEGAL NOTICE FROM
THE UNITED STATES
DISTRICT COURT
FOR THE
DISTRICT
OF NEW JERSEY**




Postal Service: Please Do Not Mark Barcode
AUA-10195203-1
Claim ID: 10195203
PIN: 961902
0157194**P0004-S0343-B0001****AUTO**ALL FOR AADC 380

William James
3675 Classic Dr S
Memphis, TN 38125-0756

VISIT
WWW.WINESETTLEMENT.COM
FOR MORE INFORMATION

**AUA**

William B. & Joy James
3675 Classic Drive S
Memphis TN 38125

RECEIVED
JAN (?) 2016
AT 8:30
WILLIAM T. WALSH, CLERK

Clerk Of The Court
United States District Court for
the District of New Jersey
4th & Cooper Streets
Camden, NJ 08101