January 12, 2018

Clerk of the Court
United States District Court for the District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

Oren Giskan
GISKAN SOLOTAROFF & ANDERSON LLP
217 Centre Street, 6th Floor
New York, New York 10013

Suzanne Ilene Schiller
Manko Gold, Katcher & Fox, LLP
401 City Avenue, Suite 901
Bala Cynwyd, PA 19004

**RECEIVED**

JAN 19 2018

AT 8:30_____M
WILLIAM T. WALSH, CLERK

My name is Steven Mayer, and I am writing to file an objection to the proposed settlement in the case of Cannon v. Ashburn Corporation d/b/a Wines 'Til Sold Out.

My claim ID is 10029763. My PIN is 332070.

The reason for my objection is this: During the period 2012-2016, I purchased 250 bottles of wine from WTSO (see attached list). Though it may be true that the stated "Original Price" and therefore the discounts advertised by WTSO were inflated, the fact is that WTSO always delivered the wines I wanted at the prices they advertised, which I believed to be fair.

I was never disappointed with the quality of the wines or the service provided by WTSO, and I do not believe they ever took advantage of me or other wine buyers. In fact, over the years, I recommended WTSO to many of my wine-drinking friends and associates in the restaurant business.

I understand that if the settlement is approved as proposed, I will still be eligible for my share of settlement relief, however I hope the court determines that no damage was done and no settlement is required.

Thank you for your consideration of my objection.

Sincerely,

[signature]

Steven D. Mayer
3730 N. Lake Shore Dr., Apt. 10A
Chicago, IL 60613
Phone: 312-816-8323

## Wine At The Best Price Online - One At A Time - Til Sold Out

| Order ID | Product Name | Vintage | Quantity | Unit Price | Order Total | Date Purchased | Date Shipped |
|---|---|---|---|---|---|---|---|
| 5471341 | Philippe et Vincent Jaboulet Crozes-Hermitage 'Nouvelere' 2012 | 2012 | 3 x | $24.99 | $74.97 | 07/07/16 | 07/08/16 |
| 5462636 | Chateau de Santenay Hautes Cotes de Beaune Blanc Clos de la Chaise Dieu Monopole 2014 | 2014 | 4 x | $18.99 | $75.96 | 07/03/16 | 07/04/16 |
| 5458676 | 94 Pt Cascina Adelaide Barolo Preda 2011 | 2011 | 6 x | $44.99 | $269.94 | 07/01/16 | 07/04/16 |
| 5346146 | Saint-Emilion Grand Cru Clos Saint-Vincent 2012 | 2012 | 4 x | $19.99 | $79.96 | 05/14/16 | 05/16/16 |
| 5337649 | Sancerre Sauvignon Blanc Domaine Raimbault Les Belles Cotes 2013 | 2013 | 4 x | $18.99 | $75.96 | 05/11/16 | 05/12/16 |
| 5323860 | Amantis Montecucco Sangiovese 2009 | 2009 | 4 x | $19.99 | $79.96 | 05/05/16 | 05/06/16 |
| 5252984 | Gran Viu Selección 2012 Vinedos y Bodegas Pablo | 2012 | 4 x | $17.99 | $71.96 | 04/12/16 | 04/13/16 |
| 5229475 | Joseph Mellot Le Chant des Vignes Pouilly-Fume 2015 | 2015 | 4 x | $14.99 | $59.96 | 04/03/16 | 04/04/16 |
| 5139370 | Marcelo Pelleriti Reserve Malbec 2012 | 2012 | 4 x | $19.99 | $79.96 | 03/06/16 | 03/07/16 |
| 5134881 | La Velona Brunello di Montalcino 2009 | 2009 | 3 x | $29.99 | $89.97 | 03/05/16 | 03/07/16 |
| 4365471 | Emmanuel Fleuriet Sancerre AOC 2014 | 2014 | 4 x | $16.99 | $67.96 | 05/23/15 | 05/23/15 |
| 4279266 | Pico Cuadro 'Original' Ribera del Duero 2010 | 2010 | 4 x | $16.99 | $67.96 | 04/24/15 | 04/25/15 |
| 4249323 | 93 Pt. Lunadoro Vino Nobile di Montepulciano DOCG 2010 | 2010 | 4 x | $19.99 | $79.96 | 04/11/15 | 04/13/15 |
| 4198357 | Vinosia Taurasi Santandrea DOCG 2009 | 2009 | 4 x | $24.99 | $99.96 | 03/21/15 | 03/22/15 |
| 4083990 | Di Meo Taurasi Riserva 2006 | 2006 | 4 x | $19.99 | $79.96 | 02/09/15 | 02/10/15 |
| 4045150 | Vinosia Taurasi Santandrea DOCG 2009 | 2009 | 3 x | $26.99 | $80.97 | 01/25/15 | 01/26/15 |
| 3929455 | Chianti Classico Riserva 2006 Tenuta la Novella | 2006 | 4 x | $19.99 | $79.96 | 12/15/14 | 12/16/14 |
| 3920822 | Cotes du Rhone Cru Vinsobres 2012 Vieilles Vignes | 2012 | 4 x | $14.99 | $59.96 | 12/12/14 | 12/12/14 |
| 3907325 | Virgen del Aguila Artigazo 2007 | 2007 | 4 x | $14.99 | $59.96 | 12/07/14 | 12/08/14 |
| 3861534 | Fattoria Scopone Brunello 2009 | 2009 | 4 x | $24.99 | $99.96 | 11/21/14 | 11/21/14 |
| 3831588 | Bordeaux 2010 Montagne-Saint-Emilion Chateau Lamarsalle | 2010 | 4 x | $16.49 | $65.96 | 11/09/14 | 11/10/14 |
| 3794688 | Domaine de Dionysos Cotes du Rhone Villages-Cairanne 'La Cigalette' 2012 | 2012 | 4 x | $13.99 | $55.96 | 10/25/14 | 10/26/14 |
| 3621774 | Multiple Products (View for details) | | 4 | | $71.96 | 08/22/14 | 08/25/14 |
| 3616478 | Sauvignon Blanc from Loire Valley Pouilly-Fume 2013 by Domaine des Patureaux | 2013 | 4 x | $16.99 | $67.96 | 08/19/14 | 08/20/14 |
| 3593598 | 93 Pt. Ribera del Duero Reserva Bodegas Balbas 2001 | 2001 | 4 x | $19.99 | $79.96 | 08/09/14 | 08/11/14 |
| 3507873 | 93 Pt. Hacienda Terra d'Uro 'Uro' 2008 | 2008 | 3 x | $24.99 | $74.97 | 07/11/14 | 07/12/14 |
| 3501032 | Gigondas La Cave Gigondas 2012 'Les Primaires' | 2012 | 4 x | $19.99 | $79.96 | 07/08/14 | 07/09/14 |

| Order ID | Product Name | Vintage | Quantity | Unit Price | Order Total | Date Purchased | Date Shipped |
|---|---|---|---|---|---|---|---|
| 3408799 | 94 Pt. Bandol Red 2010 Domaine Sorin | 2010 | 4 x | $19.99 | $79.96 | 05/30/14 | 05/31/14 |
| 3263416 | Tenuta La Novella Chianti Classico Riserva 2006 Library Selection | 2006 | 4 x | $19.99 | $79.96 | 04/10/14 | 04/11/14 |
| 3186949 | Bodegas El Angosto Los Almendros Red Wine 2009 | 2009 | 4 x | $16.99 | $67.96 | 03/12/14 | 03/13/14 |
| 3110696 | DeMarcilly Cotes de Nuits-Villages Rouge 2010 | 2010 | 4 x | $15.99 | $63.96 | 02/12/14 | 02/14/14 |
| 3101698 | 93 Pt Langhe Nebbiolo 2012 Cascina in Langa Amalia | 2012 | 4 x | $16.99 | $67.96 | 02/08/14 | 02/10/14 |
| 3099727 | Hautes-Cote du Beaune White Burgundy 2010 Roland Thevenin | 2010 | 4 x | $13.99 | $55.96 | 02/08/14 | 02/10/14 |
| 3097013 | 92 Pt Pocas Simbolo Douro Tinto 2009 | 2009 | 4 x | $19.99 | $79.96 | 02/07/14 | 02/10/14 |
| 2979056 | Tiare Imperiale Chateauneuf-du-Pape 2011 | 2011 | 4 x | $22.99 | $91.96 | 12/29/13 | 12/31/13 |
| 2964562 | Mentrida Spain DO Syrah 2008 Malpaso Bodegas Canopy | 2008 | 4 x | $18.99 | $75.96 | 12/21/13 | 12/23/13 |
| 2793602 | Reserve Syrah 2007 Cougar Hills Vineyard Cougar Crest Estate Walla Walla Washington | 2007 | 4 x | $19.99 | $79.96 | 10/16/13 | 10/17/13 |
| 2762647 | Pinot Noir Reserve Cosentino 2012 Carneros Sonoma | 2012 | 4 x | $15.99 | $63.96 | 10/04/13 | 10/07/13 |
| 2644197 | Sancerre 'Thauvenay' 2012 Dom. Masson-Blondelet Loire Valley | 2012 | 4 x | $14.99 | $59.96 | 08/19/13 | 08/21/13 |
| 2634736 | St.-Aubin 1er Cru 'Les Castets' 2011 Dom. Mazilly Pere &amp; Fils | 2011 | 4 x | $19.99 | $79.96 | 08/15/13 | 08/16/13 |
| 2516277 | D'Vino Super Tuscan Diadema Wines Toscana IGT 2009 92 JS! | 2009 | 4 x | $16.99 | $67.96 | 06/22/13 | 06/24/13 |
| 2486081 | MacMurray Pinot Noir Willamette Valley 2009 | 2009 | 4 x | $19.99 | $79.96 | 06/18/13 | 06/18/13 |
| 2483538 | Peters Family Pinot Noir Sonoma Mountain 2010 Sunnyslope Vineyard | 2010 | 3 x | $22.99 | $68.97 | 06/17/13 | 06/18/13 |
| 2394977 | Aglianico Del Vulture DOCG 2009 Elena Fucci 'Titolo' | 2009 | 3 x | $29.99 | $89.97 | 05/10/13 | 05/13/13 |
| 2383779 | Spanish Red Wine Mencia 'Vinademoya' LuzDivina Amigo 2011 90 Points Tanzer! | 2011 | 4 x | $9.99 | $39.96 | 05/05/13 | 05/07/13 |
| 2356068 | Willamette Pinot Noir 2011 Samuel Robert Winery | 2011 | 4 x | $14.99 | $59.96 | 04/23/13 | 05/06/13 |
| 2335468 | Rias Baixas Albarino 2011 Almirante 'Vanidade' 91 Points Decanter! | 2011 | 4 x | $10.99 | $43.96 | 04/15/13 | 04/16/13 |
| 2146010 | Spanish Red 'Old Vines' Matarredonda Libranza Tempranillo 2003 92 WA! | 2003 | 4 x | $15.99 | $63.96 | 02/02/13 | 02/04/13 |
| 2122494 | Red Rhone Blend 2010 Gigondas Vieilles Vignes Dom. du Grand Montmirail | 2010 | 4 x | $19.99 | $79.96 | 01/24/13 | 01/25/13 |
| 2112715 | Cotes du Rhone Villages 2010 Cuvee Shyrus Domaine Fond Croze | 2010 | 4 x | $14.99 | $59.96 | 01/19/13 | 01/21/13 |
| 2088831 | Sancerre Blanc 2011 'Les 7 Hommes' 100% Sauvignon Blanc Cherrier Pere &amp; Fils | 2011 | 4 x | $17.99 | $71.96 | 01/08/13 | 01/09/13 |
| 2087607 | I Balzini Black Label Super Tuscan 2008 Dai Colli Della Toscana IGT 92 JS! | 2008 | 4 x | $19.99 | $79.96 | 01/08/13 | 01/09/13 |
| 1975807 | Cote de Beaune-Villages Pinot Noir 2009 By Roland Thevenin &amp; Fils | 2009 | 4 x | $15.99 | $63.96 | 11/18/12 | 11/19/12 |
| 1932564 | Spanish Red 94 WA! Gorys Crespiello Carinena Vidadillo Bodegas Bioenos 2007 | 2007 | 3 x | $29.99 | $89.97 | 10/26/12 | 10/29/12 |
| 1927318 | Albarino Vanidade Vina Almirante 2010 Rias Baixas Spain | 2010 | 4 x | $10.99 | $43.96 | 10/23/12 | 10/24/12 |

| Order ID | Product Name | Vintage | Quantity | Unit Price | Order Total | Date Purchased | Date Shipped |
|---|---|---|---|---|---|---|---|
| 1908976 | Malbec Reserva 2010 Juana De Sol Single Vineyard  Mendoza Fincas de la Juanita | 2010 | 4 x | $9.99 | $39.96 | 10/14/12 | 10/15/12 |
| 1864204 | Sauvignon Blanc 2011 Woollaston Estates New Zealand | 2011 | 4 x | $11.99 | $47.96 | 09/25/12 | 09/25/12 |
| 1857955 | I Balzini 'Red Label' 2009 Super Tuscan Dai Colli Della Toscana 93 Points WS! | 2009 | 4 x | $17.99 | $71.96 | 09/21/12 | 09/24/12 |
| 1854628 | Saint-Aubin Blanc 2009 Antonin Rodet  Bourgogne Chardonnay | 2009 | 4 x | $18.99 | $75.96 | 09/20/12 | 09/21/12 |
| 1801862 | Babcock Pinot Noir 2010 Santa Rita Hills | 2010 | 4 x | $13.99 | $55.96 | 08/21/12 | 08/22/12 |
| 1794561 | Las Pizarras del Jalon Vinas Viejas 2009 | 2009 | 4 x | $8.99 | $35.96 | 08/16/12 | 08/17/12 |
| 1761742 | Verdejo Dry White Wine  'Prius de Morena' 2010 Solar De Munosancho | 2010 | 4 x | $9.99 | $39.96 | 08/05/12 | 08/06/12 |
| 1676288 | Domaine Louis Latour Beaune Perrieres 1er Cru 2007 | 2007 | 3 x | $29.99 | $89.97 | 06/15/12 | 06/18/12 |
| 1630265 | Tenuta dei Sette Cieli  Indaco  SuperTuscan  Toscana 2007 | | 4 x | $19.99 | $79.96 | 05/18/12 | 05/21/12 |





