January 13, 2018

Keith Brown
8519 Blueberry Circle
Lago Vista, TX 78645
737-704-4138

RECEIVED
JAN 2 2 2018
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Clerk of the Court
US District Court for the District of NJ
4th & Cooper Streets
Camden, NJ 08101

Re: Cannon v. Ashburn Corporation, Civil Action No. 16-1452 (RMB) (AMD)

To whom it may concern:

I previously filed an objection with the court to the proposed settlement in this case. Since then, I was contacted by one of the plaintiff's attorneys and directed to a FAQ that explains a provision for cash settlement for class members to whom WTSO cannot ship wine to if/when the settlement is approved. I am satisfied with this contingency as outlined, accept it as a reasonable remedy, and withdraw my objection.

Sincerely,

[signature]

Keith Brown

Keith Brown
8519 Blueberry Circle
Lago Vista, TX 78645



**RECEIVED**

JAN 22 2018

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Clerk of the Court
US District Court for the District of NJ
4th & Cooper Streets
Camden, NJ 08101

08101-999955