# MARI STULL

**RECEIVED**

**FEB - 2 2018**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

January 28, 2018

**RE: Cannon v. Ashburn Corporation d/b/a Wines 'Til Sold Out Class Action Settlement**

Suzanne Ilene Schiller, of Manko Gold, Katcher & Fox, LLP
401 City Avenue, Suite 901
Bala Cynwyd, PA 19004

Oren Giskan
GISKAN SOLOTAROFF & ANDERSON LLP
217 Centre Street, 6th Floor
New York, New York 10013

Clerk of the Court
United States District Court for the District of New Jersey 4th & Cooper Streets
Camden, NJ 08101

Dear US District Court for the District of New Jersey:

My name is Mari Stull, a wine educator, former wine director for a major metro DC restaurant, and writer with over 15 years of professional wine experience. I am also a frequent and repeat purchaser of Wines 'Til Sold Out wines. I am including a list of some of the over 100 wines I have purchased through Wines 'Til Sold Out. I take this opportunity to make it crystal clear that I have never been compensated, paid, or otherwise financially rewarded in any way by Ashburn Corporation d/b/a Wines 'Til Sold Out.

I am writing to advise the Court that I exclude myself to this frivolous and baseless lawsuit, as well as to strenuously object to it's ridiculous foundations.

One of the columns I feature is on extraordinary wine values. It was during the research of this column that I first became acquainted of Wines 'Til Sold Out. As an wine industry "insider", I'm privy to the retail, wholesale, and distributor pricing of wine. CONSISTENTLY, I have found that Wines "Til Sold Out (WTSO) offers extraordinary values and discounts that I could not source anywhere else. So extraordinary are these values that often they

undercut even direct distributor pricing that I was offered for my restaurant purchasing. So extraordinary are these values that I purchased the entire menu of my wedding's wine through WTSO - even thought I could have easily purchased the wines at wholesale pricing. WTSO values and quality are simply THAT OUTSTANDING.

I also want to strenuously object to a frivolous lawsuit that was launched solely to line the pockets and greed of a law firm at the expense of a small business and consumers. This baseless and wasteful lawsuit is not simply a blow to the small business of WTSO - but, to all the small family-owned wineries that WTSO help promote and support. It is extraordinarily costly for a small, family-owned winery to get national recognition and consumption that WTSO offers. I can assure you that many small wine labels were buoyed in business through the services and support of WTSO.

I ask the Court to stand for the rights of consumers and small business and against the greed and avarice of the Class Action Plaintiffs and deny this lawsuit totally. And at very minimum - deny Class counsel's requests for attorneys' fees and expenses.

Hate to point out the obvious, but the engine of America is the small business. Not avarice lawyers and frivolous lawsuits. I beg the Court to exercise common sense and fairness.

Sincerely yours,

*[signature]*
(Mari Stull)
The Vino Vixen

*Dear Judge -- please restore my faith in our judicial system!* :)

# Orders

Account Information (https://www.wtso.com/customer/myaccount) / Orders    /  ▦ ≣ (https://www.wtso.com/customer/orders/text)

◥Search

**6367849**    08/14/17

**Schlumberger Yountville Napa Valley Cabernet Sauvignon Artist Series 2014**
**Vintage:**
2014
**Quantity:**
3
**Unit Price:**
$27.99
**Order Total:**
$83.97
**Shipping:**
08/14/17



Moni Snull orders



Q&A

**5842139**    12/03/16

**Scott Harvey Wines Napa County Red Blend 2013**
**Vintage:**
2013
**Quantity:**
4
**Unit Price:**
$14.99
**Order Total:**
$59.96
**Shipping:**
12/05/16

**5695538**    10/03/16

**Mount Luxxe Lodi Zinfandel 2012**
**Vintage:**
2012
**Quantity:**
4
**Unit Price:**
$10.99
**Order Total:**
$43.96
**Shipping:**
10/04/16



**4818427**    11/14/15

**Rothbury Estate Napa Valley Reserve 2013 Cabernet Sauvignon**

**Vintage:**
2013
**Quantity:**
4
**Unit Price:**
$13.99
**Order Total:**
$0.00
**Shipping:**
11/16/15

4687694                                                                 09/24/15

**Livia Fontana Barolo DOCG 2006**
**Vintage:**
2006
**Quantity:**
4
**Unit Price:**
$19.99
**Order Total:**
$79.96
**Shipping:**
09/25/15



4359093                                                                 05/21/15

**Champagne Baron Albert Brut Tradition NV**
**Vintage:**
N/V
**Quantity:**
4
**Unit Price:**
$19.99
**Order Total:**
$79.96
**Shipping:**
05/22/15

Q&A

3791620                                                                 10/23/14

**Goldschmidt Alexander Valley Sarah's Railyard Vineyard Zinfandel 2012**
**Vintage:**
2012
**Quantity:**
4
**Unit Price:**
$12.99
**Order Total:**
$38.97
**Shipping:**
10/24/14



3565912                                                                 07/29/14

**Mockingbird Hill Reserve Sonoma Red Blend 2012**
Vintage:
2012
Quantity:
4
Unit Price:
$12.99
Order Total:
$51.96
Shipping:
07/31/14

3441833

06/12/14

**Super Tuscan 4-Pack Coronato 2007 I Balzini Red 2009 Russo Barbicone 2009 Nemorino 2010**
Vintage:
Quantity:
1
Unit Price:
$79.99
Order Total:
$79.99
Shipping:
06/13/14

3180158

03/10/14  Q&A

**Eponymous Spring Mountain Cabernet 2010**
Vintage:
2010
Quantity:
3
Unit Price:
$24.99
Order Total:
$74.97
Shipping:
03/11/14

*This one won a blind tasting of wines against $90*

3062507

01/28/14

**Diez-Caballero Rioja DOC 2009**
Vintage:
2009
Quantity:
4
Unit Price:
$11.99
Order Total:
$47.96
Shipping:
01/31/14

2705046            09/10/13

**Gauthier Zinfandel Los Chamizal Vineyard Sonoma Valley 2011**
Vintage:
2011
Quantity:
4
Unit Price:
$14.99
Order Total:
$59.96
Shipping:
09/12/13

2015640            12/05/12

**Multiple Products (View for details)**
Quantity:
7
Order Total:
$104.93
Shipping:
12/05/12

2015618            12/05/12

**Multiple Products (View for details)**
Quantity:
7
Order Total:
$83.93
Shipping:
12/05/12

2015594            12/05/12

**Multiple Products (View for details)**
Quantity:
3
Order Total:
$37.15
Shipping:
12/05/12

2014181            12/04/12

**Multiple Products (View for details)**
Quantity:
1
Order Total:
$48.43

Shipping:
12/04/12

**2014177**  12/04/12

**Multiple Products (View for details)**
**Quantity:**
2
**Order Total:**
$119.98
**Shipping:**
12/04/12



**2012701**  12/04/12

**Multiple Products (View for details)**
**Quantity:**
6
**Order Total:**
$239.94
**Shipping:**
12/04/12



Q&A

**2012691**  12/04/12

**Multiple Products (View for details)**
**Quantity:**
1
**Order Total:**
$49.99
**Shipping:**
12/04/12



**2012682**  12/04/12

**Multiple Products (View for details)**
**Quantity:**
2
**Order Total:**
$67.98
**Shipping:**
12/04/12



**2012670**  12/04/12



**Multiple Products (View for details)**
**Quantity:**
6
**Order Total:**
$65.94
**Shipping:**
12/04/12

2012658     12/04/12

**Multiple Products (View for details)**
**Quantity:**
3
**Order Total:**
$299.97
**Shipping:**
12/04/12

2012639     12/04/12

**Multiple Products (View for details)**
**Quantity:**
1
**Order Total:**
$22.99
**Shipping:**
12/04/12

2012630     12/04/12

**Multiple Products (View for details)**
**Quantity:**
2
**Order Total:**
$29.98
**Shipping:**
12/04/12

1993532 - Cancelled     11/27/12

**David Bruce Winery Pinot Noir 2009 Santa Maria Valley**
**Vintage:**
2009
**Quantity:**
3
**Unit Price:**
$26.99
**Order Total:**
$80.97
**Shipping:**
11/28/12

1993162   11/26/12

**Brut Champagne N/V Piper Heidsieck #84 Top 100 WS 2012! Magnum (1.50L) Ships 12/3**
Vintage:
N/V
Quantity:
2
Unit Price:
$64.99
Order Total:
$129.98
Shipping:
12/03/12



1993150   11/26/12

**Brut Champagne N/V Piper Heidsieck #84 Top 100 WS 2012! Magnum (1.50L) Ships 12/3**
Vintage:
N/V
Quantity:
4
Unit Price:
$64.99
Order Total:
$259.96
Shipping:
12/03/12



Q&A



**FREE CONGRESS FOUNDATION**

901 N Washington Street, #206
Alexandria, Virginia 22314
www.freecongress.org



NO VA
VA 220
31 JAN '18
PM 2
31 JAN 2018 PM 2
31 JAN 2018 PM 2

RECEIVED

FEB - 2 2018

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Clerk of the Court
US District Court for Dist. of NJ 4R/Cooper
Camden, NJ  08101

08101#####