UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KYLE CANNON, LEWIS LYONS, AND DIANNE LYONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | Civil Action No. 16-1452 (RMB)(AMD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF DEREK HANSEN IN** |
| ASHBURN CORPORATION, *et al.*, | ) ) | **SUPPORT OF OBJECTION** |
| Defendants. | ) ) | |

COUNTY OF CUYAHOGA
STATE OF OHIO

Derek Hansen, being first duly sworn, declares as follows:

1.      I am over the age of twenty one (21), competent to testify and make the following statements based on my personal knowledge.

2.      My mailing address is currently 350 Glasgow Drive, Highland Heights, Ohio, 44143.

3.      My phone number is (330) 618-0453.

4.      During the period of March 15, 2010 to November 1, 2016, I made twelve separate purchases of wine through WTSO.com.

5.      A true and accurate list of purchases I made through WTSO.com from March 15, 2010 to November 1, 2016 is attached hereto as Exhibit A.

6.      Because I made purchases of wine through WTSO.com from March 15, 2010 to November 1, 2016 as a resident of the United States, I am a member of the Class as defined in the Notice of Class Action Settlement.



EXHIBIT
1

6.      Because I made purchases of wine through WTSO.com from March 15, 2010 to November 1, 2016 as a resident of the United States, I am a member of the Class as defined in the Notice of Class Action Settlement.

7.      On December 28, 2017, I submitted an online Verification Form to remain in the Class at the web address https://kccsecure.com/winesettlement/Claimaint. My Claim ID from the Verification Form submission is AUA-10088338-9.

8.      I object to this settlement on the grounds identified in the submitted Objection of Derek Hansen and Vytauras Sasnauskas to Settlement Approval and filed by my attorneys Brendon Friesen and Kenneth Smith of Mansour Gavin LPA.

9.      My signature, below, indicates my disapproval of the settlement in its current form and further indicates my consent to the objections filed.

I declare under penalty of perjury that the foregoing is true and correct.

DEREK HANSEN

SWORN TO BEFORE ME and subscribed in my presence this 4th day of February, 2018.

NOTARY PUBLIC

BRENDON P. FRIESEN
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

Page 2 of 2

HANSEN ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|------|---------|------|----------|-----------|-------------|
| 8/8/2016 | 5562609 | Pionero Maccerato Albarino 2014 | 4 | $11.99 | $47.96 |
| 8/1/2016 | 5546007 | Champagne Philippe Prie Brut Tradition | 4 | $23.99 | $95.96 |
| 7/3/2016 | 5461401 | 92 Pt Casa al Vento 'Aria' 2013 Chianti Classico | 4 | $12.99 | $51.96 |
| 6/23/2016 | 5440557 | Ernest Meurgey-Perron Saint-Veran 2014 White Burgundy | 4 | $14.99 | $59.96 |
| 6/21/2016 | 5436851 | Chateau Eugenie Cuvee Tsar Pierre le Grand Cahors 2013 | 4 | $13.99 | $55.96 |
| 6/11/2016 | 5415812 | Bordeaux Superieur Chateau de Ribebon Reserve 2011 | 4 | $14.99 | $59.96 |
| 6/2/2016 | 5392741 | Bodegas Gancedo Xestal Mencia 2008 | 4 | $14.99 | $59.96 |
| 3/15/2015 | 4182062 | Champagne Fabienne Prie Brut Reserve NV | 4 | $24.99 | $99.96 |
| 1/18/2015 | 4008092 | Elite de Saint-Pierre 2012 Chateauneuf-du-Pape | 4 | $22.99 | $91.96 |
| 9/10/2013 | 2690843 | Cotes de Bordeaux 2009Chateau Lafitte-Marcellin | 4 | $10.49 | $41.96 |
| 8/7/2013 | 2614794 | Rias Baixas Albarino 2011 Almirante 'Vanidade' | 4 | $10.99 | $43.96 |
| 7/17/2013 | 2564979 | Spanish Red Wine Mencia 'Vinademoya' LuzDivina Amigo 2011 90 Points Tanzer | 4 | $9.99 | $39.96 |

Total        $749.52



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KYLE CANNON, LEWIS LYONS, AND DIANNE LYONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) | Civil Action No. 16-1452 (RMB)(AMD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF VYTAURAS SASNAUSKAS IN SUPPORT OF** |
| ASHBURN CORPORATION, *et al.*, | ) ) | **OBJECTION** |
| Defendants. | ) | |

STATE OF OHIO            )
                              )   ss:
COUNTY OF CUYAHOGA    )

Vytauras Sasnauskas, being first duly sworn, declares as follows:

1.      I am over the age of twenty one (21), competent to testify and make the following statements based on my personal knowledge.

2.      My mailing address is currently 311805 Wellesley Lane, Chardon, Ohio 44024.

3.      My phone number is (216) 501-1666.

4.      During the period of March 15, 2010 to November 1, 2016, I made 173 purchases of wine through WTSO.com.

5.      A true and accurate list of purchases I made through WTSO.com from March 15, 2010 to November 1, 2016 is attached hereto as Exhibit A.


EXHIBIT
2

6.      Because I made purchases of wine through WTSO.com from March 15, 2010 to November 1, 2016 as a resident of the United States, I am a member of the Class as defined in the Notice of Class Action Settlement.

7.      On December 26, 2017, I submitted an online Verification Form to remain in the Class at the web address https://kccsecure.com/winesettlement/Claimaint. My Claim ID from the Verification Form submission is AUA-10082031-0.

8.      I object to this settlement on the grounds identified in the submitted Objection of Derek Hansen and Vytauras Sasnauskas to Settlement Approval and filed by my attorneys Brendon Friesen and Kenneth Smith of Mansour Gavin LPA.

9.      My signature, below, indicates my disapproval of the settlement in its current form and further indicates my consent to the objections filed.

I declare under penalty of perjury that the foregoing is true and correct.

_____
VYTAURAS SASNAUSKAS


SWORN TO BEFORE ME and subscribed in my presence this 4th day of February, 2018.

_____
NOTARY PUBLIC

BRENDON P. FRIESEN
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

Page 2 of 2

SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|---|---|---|---|---|---|
| 10/31/2016 | 5766493 | Cava El Celleret Brut Nature Reserva NV | 4 | $12.99 | $51.96 |
| 10/11/2016 | 5717044 | Titiana Pansa Blanca Brut Sparkling 2011 | 4 | $14.99 | $59.96 |
| 9/26/2016 | 5679115 | Baron-Fuente Esprit Champagne Grand Cru Brut NV | 3 | $29.99 | $89.97 |
| 6/3/2016 | 5396112 | Aimery Sparkling Cremant Rose Limoux NV | 4 | $13.99 | $55.96 |
| 5/29/2016 | 5381145 | Iron Door Special Selection Alexander Valley Cabernet 2013 | 4 | $19.99 | $79.96 |
| 5/17/2016 | 5352614 | Alante Vineyard Napa Valley Cabernet Sauvignon 2008 | 3 | $29.99 | $89.97 |
| 5/13/2016 | 5344150 | Titiana Pansa Blanca Brut Sparkling 2011 | 4 | $14.99 | $59.96 |
| 5/3/2016 | 5318568 | Rocca di Castagnoli 'Poggio a'Frati' Chianti Classico Riserva 2010 | 4 | $17.99 | $71.96 |
| 5/3/2016 | 5315755 | Auguste Bessac 2013 Chateauneuf-du-Pape | 4 | $18.99 | $75.96 |
| 5/3/2016 | 5312803 | Bodegas y Vinedos del Jalon Castillo de Maluenda Punto y Seguido 2009 | 4 | $10.99 | $43.96 |
| 5/3/2016 | 5306468 | La Esquina Torrontes 2014 | 4 | $8.99 | $35.96 |
| 4/30/2016 | 5299937 | LC Villa Prosecco 2015 | 6 | $9.99 | $59.94 |
| 4/27/2016 | 5294174 | Vite Colte Barolo 2012 | 4 | $18.99 | $75.96 |
| 4/11/2016 | 5251212 | Réserve de L'Abbé Côtes du Rhône Rosé 2015 | 4 | $10.99 | $43.96 |
| 4/10/2016 | 5247961 | Terredavino Barolo 2011 | 4 | $17.99 | $71.96 |
| 2/10/2016 | 5074759 | Castellani Casalforno Chianti Classico Riserva 2010 | 4 | $12.99 | $51.96 |
| 2/3/2016 | 5060330 | Cowhorn Sentience Oregon Syrah 2011 | 4 | $19.99 | $79.96 |
| 1/30/2016 | 5047636 | 93 Pt. Pietro Rinaldi Barolo 2010 | 3 | $26.99 | $80.97 |
| 1/12/2016 | 4992336 | Bodegas del Rosario 'Lorca' Monastrell Bullas DO 2009 | 4 | $9.99 | $39.96 |
| 1/12/2016 | 4985007 | Arturo Garcia 'Solar de Sael' Reserva 2005 | 4 | $14.99 | $59.96 |
| 1/2/2016 | 4960632 | Bodegas y Vinedos 'Tardencuba' 2009 Roble Toro DO | 4 | $9.99 | $39.96 |
| 12/22/2015 | 4931573 | Castelli del Grevepesa 'Castelgreve' 2009 Chianti Classico DOCG Riserva | 4 | $14.99 | $59.96 |
| 12/13/2015 | 4907030 | 93 Pt. Sobrero Ciabot Tanasio Barolo 2010 | 4 | $24.99 | $99.96 |
| 11/10/2015 | 4809047 | 92 Pt. Barolo 2010 Luca Bosio | 4 | $22.99 | $91.96 |
| 10/7/2015 | 4720611 | Terredavino Barolo DOCG 2010 | 4 | $17.99 | $71.96 |
| 9/2/2015 | 4618698 | 92 Pt. Rioja 2011 Consejo de la Alta Cata de Consejero | 4 | $14.99 | $59.96 |
| 8/22/2015 | 4591766 | Cotes du Rhone Domaine de Dionysos 'La Deveze' 2012 | 4 | $13.99 | $55.96 |
| 7/14/2015 | 4504184 | Cotes du Roussillon Villages 2008 Thunevin-Calvet 'Les Dentelles' Cuvee Red Blend | 4 | $18.99 | $75.96 |
| 7/14/2015 | 4495423 | Gruet Winery 'Limited Release' Brut Grand 2012 Blanc de Noir | 4 | $17.99 | $71.96 |
| 5/21/2015 | 4359377 | Champagne Baron Albert Brut Tradition NV | 4 | $19.99 | $79.96 |
| 4/28/2015 | 4291680 | Travaglini Gattinara Riserva 2008 Magnum (1.50 Liter) | 1 | $64.99 | $0.00 |
| 4/25/2015 | 4281419 | Tinazzi Montere Ripasso Valpolicella Classico Superiore DOC 2011 | 4 | $13.99 | $55.96 |
| 4/12/2015 | 4251840 | Coral Duero Rompesedas 2006 | 4 | $14.99 | $59.96 |



SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|---|---|---|---|---|---|
| 4/11/2015 | 4248238 | Barolo Livia Fontana 2006 Terredavino 2010 DOCG 2-Pack | 1 | $44.99 | $44.99 |
| 3/28/2015 | 4215299 | Chateau de Cazanove Champagne Bichat Brut Rose Epernay NV | 4 | $24.99 | $99.96 |
| 3/19/2015 | 4191197 | Domaine Chene Bourgogne Reserve Pinot Noir 2013 | 4 | $13.99 | $55.96 |
| 3/3/2015 | 4154870 | Castelluccio La Mia Riserva 2006 | 4 | $14.99 | $59.96 |
| 3/3/2015 | 4153728 | Domaine Fond Croze 'Les Roches' 2012 Cotes du Rhone Villages 100% Syrah | 4 | $15.99 | $63.96 |
| 3/3/2015 | 4149548 | Domaine de la Presidente Chateauneuf-du-Pape'Le Nonce' 2012 | 4 | $17.99 | $71.96 |
| 2/11/2015 | 4087607 | Pico Cuadro Original Ribera del Duero 2010 | 4 | $16.99 | $67.96 |
| 2/6/2015 | 4075163 | Virgen del Aguila Artigazo 2007 | 4 | $14.99 | $59.96 |
| 2/3/2015 | 4068011 | Coral Duero Rompesedas 2006 | 4 | $14.99 | $59.96 |
| 1/28/2015 | 4051054 | Casado Morales Rioja 2004 Gran Reserva | 4 | $22.99 | $91.96 |
| 1/26/2015 | 4047534 | Champagne Emile Leclere a Mardeuil Blanc de Blancs Brut NV | 4 | $23.99 | $95.96 |
| 1/20/2015 | 4018644 | Northern Rhone Cru St. Joseph 'Caroline' 'Cuvee Prestige' 2009 by Louis Cheze | 1 | $23.99 | $23.99 |
| 1/20/2015 | 4017602 | Terres de Vidalba 'TOCS' 2006 | 1 | $19.99 | $19.99 |
| 1/20/2015 | 4013547 | Olarra Rioja Reserva Cerro Anon 2006 | 2 | $11.99 | $23.98 |
| 1/20/2015 | 4012648 | Champagne Forget-Brimont Brut 1er Cru NV | 1 | $29.99 | $29.99 |
| 1/18/2015 | 4008073 | Elite de Saint-Pierre 2012 Chateauneuf-du-Pape | 4 | $22.99 | $91.96 |
| 1/17/2015 | 4006246 | Rioja Reserva Red Blend Bodegas Ondarre 2008 Grupo Bodegas Olarra | 4 | $11.49 | $45.96 |
| 1/4/2015 | 3973754 | Munselle Vineyards Coyote Crest 2008 Alexander Valley Cabernet Sauvignon | 4 | $19.99 | $79.96 |
| 1/3/2015 | 3972824 | Amarone Classico Valentina Cubi 'Morar' 2005 | 3 | $29.99 | $89.97 |
| 12/31/2014 | 3966736 | Terre da Vino La Casa in Collina Barbaresco DOCG 2009 | 4 | $14.99 | $59.96 |
| 12/21/2014 | 3947201 | Bordeaux Left Bank Graves 2010 Chateau de Portets | 4 | $16.99 | $67.96 |
| 12/20/2014 | 3945516 | Ribera del Duero Bodegas Recoletas Reserva 2005 | 4 | $15.99 | $63.96 |
| 12/18/2014 | 3939745 | Shadowood Napa Valley Red Wine Reserve 2012 | 4 | $12.99 | $51.96 |
| 11/18/2014 | 3855354 | Havens 2012 Bourriquot Oakville Napa Valley Red by Aaron Pott | 4 | $17.99 | $71.96 |
| 10/27/2014 | 3797877 | Champagne Henri Abele Rose NV | 3 | $27.99 | $83.97 |
| 10/14/2014 | 3766398 | Rioja Reserva 2006 Bodega San Prudencio Cueto | 4 | $12.99 | $51.96 |
| 10/14/2014 | 3754023 | Ghione Ca' de Lion Monte Luna Nebbiolo 2011 | 4 | $16.99 | $67.96 |
| 10/14/2014 | 3752427 | Andre Delorme Cremant de Bourgogne Brut NV | 4 | $14.99 | $59.96 |
| 10/14/2014 | 3752193 | Pope Valley Merlot Eakle Ranch Napa Valley 2005 | 4 | $12.99 | $51.96 |
| 10/4/2014 | 3730896 | Super Tuscan 2010 I Giusti and Zanza Vigneti 'Nemorino' Toscana IGT | 4 | $14.99 | $59.96 |
| 9/23/2014 | 3704532 | Schug Winery Winemaker's Reserve Chardonnay Sonoma Coast 2012 | 4 | $16.99 | $67.96 |
| 9/21/2014 | 3700395 | Goldschmidt Royce 2012 Dry Creek Red Wine | 4 | $13.99 | $55.96 |
| 9/21/2014 | 3700051 | Mahoney Carneros Estate Pinot Noir 2011 | 4 | $13.99 | $55.96 |

SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|------|---------|------|----------|-----------|-------------|
| 9/21/2014 | 3698878 | Rocca Fizzano Chianti Classico Riserva 2009 | 6 | $16.99 | $101.94 |
| 9/20/2014 | 3697587 | Bodega Vinessens Sein Alicante 2011 | 4 | $13.99 | $55.96 |
| 8/21/2014 | 3621143 | Querceto di Castellina Podalirio Super Tuscan 2009/2010 4-Pack | 1 | $79.99 | $79.99 |
| 8/21/2014 | 3619328 | Haut Pick Sauternes 2010 By Ch. Bastor-Lamontagne | 4 | $18.99 | $75.96 |
| 8/11/2014 | 3599284 | Bordeaux Right Bank Fronsac 2011 Chateau Tour du Moulin | 4 | $14.99 | $59.96 |
| 8/7/2014 | 3588066 | Kingsford Manor Napa Valley Sauvignon Blanc Reserve 2013 | 4 | $12.99 | $51.96 |
| 7/29/2014 | 3567404 | Chateau Haut Nouchet Pessac-Leognan 2010 | 4 | $16.99 | $67.96 |
| 7/29/2014 | 3566473 | Sparkling Chardonnay Cremant de Bourgogne Blanc de Blancs NV Henri de Villamont | 4 | $14.99 | $0.00 |
| 7/29/2014 | 3562914 | 92 Pt Rioja Reserva 2009 Bodegas Tobia 'Oscar Tobia' | 4 | $16.99 | $67.96 |
| 7/24/2014 | 3540956 | 93 Pt Rioja 2005 Bodegas Escudero Vidau | 3 | $24.99 | $74.97 |
| 6/13/2014 | 3444150 | Ribera del Duero Bodegas Recoletas Reserva 2005 | 4 | $15.99 | $63.96 |
| 6/8/2014 | 3429005 | 93 Pt. Super Tuscan I Balzini Red Label 2009 | 4 | $17.99 | $71.96 |
| 6/7/2014 | 3428635 | Loxarel '790' Cabernet Sauvignon Reserva 2008 | 4 | $12.99 | $51.96 |
| 6/4/2014 | 3417601 | Domaine Masson Blondelet Sancerre Thauvenay 2013 | 4 | $15.99 | $63.96 |
| 6/2/2014 | 3413434 | Ondarre Ursa Maior Rioja Reserva 2006 | 4 | $12.99 | $51.96 |
| 5/22/2014 | 3388690 | 90pt Bordeaux Superieur 2012 Chateau Saint Michel | 4 | $11.99 | $47.96 |
| 5/21/2014 | 3386124 | 100% Sauvignon Blanc 2013 Loire Valley by Domaine Xavier Frissant | 4 | $12.99 | $51.96 |
| 5/13/2014 | 3365366 | Sparkling Chardonnay Cremant de Bourgogne Blanc de Blancs NV Henri de Villamont | 4 | $14.99 | $59.96 |
| 5/13/2014 | 3363621 | Domaine du Grand Montmirail 'Vacqueyras' Rhone Blend 2011 | 4 | $16.99 | $67.96 |
| 5/13/2014 | 3362579 | 92 Pt. Baloiro Reserva 2009 Bodega Luzdivina Amigo | 4 | $13.99 | $55.96 |
| 5/13/2014 | 3358755 | Chablis Premier Cru 'Cote de Lechet' 2010 Simonnet-Febvre | 4 | $17.99 | $71.96 |
| 5/13/2014 | 3357200 | Napa Private Reserve Cabernet Franc 2008 Saviez Vineyards | 4 | $15.99 | $63.96 |
| 5/13/2014 | 3356568 | Cava Brut Reserva Poema NV Spanish Sparkling | 4 | $11.99 | $47.96 |
| 5/4/2014 | 3329112 | Panther Creek Willamette Valley Winemaker's Cuvee Pinot Noir 2010 | 4 | $12.99 | $51.96 |
| 5/3/2014 | 3328820 | Champagne Charles Mignon Cuvee Comte De Marne Brut Grand Cru NV | 2 | $39.99 | $79.98 |
| 4/28/2014 | 3314500 | Schug Winemaker's Reserve Pinot Noir Carneros 2012 | 4 | $19.99 | $79.96 |
| 4/27/2014 | 3311923 | Robert Storey-Burgess Cellars Cabernet Napa Valley 2011 | 4 | $18.99 | $75.96 |
| 4/26/2014 | 3309060 | Sempre Vive Cabernet Old Vine 2005 & 2006 4-Pack | 1 | $79.96 | $79.96 |
| 4/24/2014 | 3302247 | Dignitas Willamette 2012 Reserve Pinot Noir | 4 | $16.99 | $67.96 |
| 4/23/2014 | 3299116 | Olarra Rioja Reserva Cerro Anon 2006 | 4 | $11.89 | $47.56 |
| 4/19/2014 | 3283433 | Barbaresco 2006 Giribaldi Winery 93 Points WS! | 4 | $19.99 | $79.96 |
| 4/12/2014 | 3268807 | Andre Delorme Hautes-Cote de Nuits Pinot Noir 2011 | 4 | $14.99 | $59.96 |

SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|---|---|---|---|---|---|
| 4/6/2014 | 3251214 | Northern Rhone 2-Pack La Louvee Cornas 06/07 Jean-Luc Colombo | 1 | $68.99 | $68.99 |
| 4/5/2014 | 3247488 | Champagne Veuve Doussot 2008 Brut Cuvee 'Ernestine' | 2 | $37.99 | $75.98 |
| 3/29/2014 | 3228731 | Ribera del Duero Reserva Bodegas Recoletas 2005 | 4 | $15.99 | $63.96 |
| 3/28/2014 | 3228312 | 92 pt Bodegas Resalte de Penafiel Pena Roble Reserva 2004 | 4 | $19.99 | $79.96 |
| 3/25/2014 | 3220111 | Chianti Classico Riserva Vignavecchia 2009 | 4 | $17.79 | $71.16 |
| 3/22/2014 | 3211207 | 95 Pt. Tabarrini Montefalco Colle Grimaldesco Montefalco Sagrantino DOCG 2008 | 3 | $24.99 | $74.97 |
| 3/21/2014 | 3208210 | Bodegas Olarra Anares Rioja Reserva 2006 | 4 | $12.99 | $51.96 |
| 3/12/2014 | 3187054 | Bodegas El Angosto Los Almendros Red Wine 2009 | 4 | $16.99 | $67.96 |
| 3/12/2014 | 3185637 | Cavalier Bartolomeo Barolo Solanotto Altenasso 2009 | 3 | $26.99 | $80.97 |
| 3/11/2014 | 3182965 | Valentina Cubi (Veneto) Amarone Classico 'Morar' 04/05/06 Vertical 3-Pack | 1 | $89.99 | $89.99 |
| 3/7/2014 | 3172612 | Panther Creek Willamette Valley Winemaker's Cuvee Pinot Noir 2010 | 4 | $12.99 | $51.96 |
| 3/6/2014 | 3169141 | Olarra Rioja Reserva Cerro Anon 2006 | 4 | $11.89 | $47.56 |
| 3/5/2014 | 3166389 | Piedmont Barbera 2012 Fontanafredda 'Varej' | 8 | $9.99 | $79.92 |
| 3/3/2014 | 3159655 | Bodega Matarredonda Libranza 2006 | 4 | $16.99 | $67.96 |
| 3/1/2014 | 3156545 | Andre Delorme Cremant de Bourgogne Brut NV | 4 | $14.99 | $59.96 |
| 2/26/2014 | 3149108 | Maroon Wines Signature Reserve Napa Valley 2010 Cabernet Sauvignon | 4 | $19.99 | $79.96 |
| 2/16/2014 | 3122377 | Castello di ColleMassari Lombrone Montecucco Riserva 2009 | 3 | $27.99 | $83.97 |
| 2/8/2014 | 3101238 | 93 Pt Langhe Nebbiolo 2012 Cascina in Langa Amalia | 4 | $16.99 | $67.96 |
| 2/8/2014 | 3099738 | Hautes-Cote du Beaune White Burgundy 2010 Roland Thevenin | 4 | $13.99 | $55.96 |
| 1/29/2014 | 3075510 | Eagles Trace Napa Valley Merlot 2006/2007 4-Pack | 1 | $89.99 | $89.99 |
| 1/28/2014 | 3074599 | 2009 Grand Cru Saint-Emilion Chateau Tour de Lagarde | 4 | $18.99 | $75.96 |
| 1/28/2014 | 3073206 | Chianti Classico Riserva Spalletti 2009 By Giovanni Folonari | 4 | $14.99 | $59.96 |
| 1/28/2014 | 3072277 | Gigondas 2005 Oriel Wines 'Jocunda' By Louis Barruol | 4 | $14.99 | $59.96 |
| 1/28/2014 | 3070240 | Rosso di Montalcino Piancornello 2010 | 4 | $16.99 | $67.96 |
| 1/28/2014 | 3066653 | Rioja Reserva Mayor de Ondarre Bodegas Ondarre 2006 | 4 | $18.99 | $75.96 |
| 1/28/2014 | 3059890 | La Mer Pinot Noir 2010 Santa Maria Valley | 4 | $14.99 | $59.96 |
| 1/28/2014 | 3054248 | Premieres Cotes de Blaye Bordeaux Rouge 2008 Ch. Crusquet de Lagarcie | 4 | $13.99 | $55.96 |
| 1/28/2014 | 3052917 | Cremant d'Alsace NV Pfaffenheim 'Excellence' Brut Cuvee Prestige | 4 | $14.99 | $59.96 |
| 1/28/2014 | 3052396 | Bordeaux Left Bank 2009 Medoc Cru Bourgeois Chateau Maison Blanche | 4 | $14.99 | $59.96 |

SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|---|---|---|---|---|---|
| 1/11/2014 | 3007681 | 93 Pt. Super Tuscan I Balzini Red Label 2009 | 4 | $17.99 | $71.96 |
| 1/10/2014 | 3005032 | Monte del Fra Amarone Classico 2008 Tenuta Lena di Mezzo | 3 | $24.99 | $74.97 |
| 1/4/2014 | 2991886 | Ribera del Duero Reserva Bodegas Recoletas 2005 | 4 | $15.99 | $63.96 |
| 12/30/2013 | 2982211 | Chateauneuf-du-Pape Tradition 2010 La Celestiere | 4 | $23.99 | $95.96 |
| 12/17/2013 | 2952382 | Domaine de Dionysos 'La Cigalette' Cairanne Cotes du Rhone 2005 | 4 | $14.99 | $59.96 |
| 12/14/2013 | 2944627 | Champagne Tendil & Lombardi Blanc de Noir NV | 3 | $24.99 | $74.97 |
| 12/12/2013 | 2939279 | Champagne Philippe Prie Brut Tradition N/V Magnum (1.50L) | 2 | $49.99 | $99.98 |
| 12/12/2013 | 2934723 | Brunello Magnum (1.50L) Vertical 3-Pack Scopone 06/07/08 | 1 | $199.99 | $199.99 |
| 11/22/2013 | 2884280 | Domaine du Mont M. Bressand Vire-Clesse Blanc 2012 | 4 | $14.99 | $59.96 |
| 11/17/2013 | 2870748 | Sancerre 2012 100% Sauvignon Blanc Cherrier Pere & Fils Les 7 Hommes | 3 | $17.99 | $53.97 |
| 11/17/2013 | 2870740 | Sancerre 2012 100% Sauvignon Blanc Cherrier Pere & Fils Les 7 Hommes | 1 | $17.99 | $17.99 |
| 11/15/2013 | 2867305 | Vire-Clesse Blanc 2011 Roland Thevenin | 4 | $12.99 | $51.96 |
| 11/12/2013 | 2859399 | Brut Champagne N/V Philippe Fourrier Carte D'Or | 4 | $24.99 | $99.96 |
| 11/12/2013 | 2858199 | Havens Winery Bourriquot Napa Valley 2010 | 4 | $19.99 | $79.96 |
| 11/3/2013 | 2836547 | Rioja Crianza 2008 #59 top 100 WS Dinastia Vivanco | 4 | $13.99 | $55.96 |
| 10/20/2013 | 2802105 | Chateauneuf-Du-Pape Tiare Imperiale 2010 | 4 | $22.99 | $91.96 |
| 10/17/2013 | 2794546 | Cotes du Rhone Villages Cairanne Dom. de Dionysos La Cigalette 2011 By Philippe Cambie | 4 | $12.99 | $51.96 |
| 9/24/2013 | 2739067 | Amarone della Valpolicella DOC Classico Bellini 2009 | 4 | $23.99 | $95.96 |
| 9/10/2013 | 2707465 | Sardinia White Wine Argiolas 'Iselis' Bianco Isola dei Nuraghi IGT 2012 | 4 | $12.99 | $51.96 |
| 9/10/2013 | 2707306 | Northern Rhone Syrah Saint-Joseph AOC 2010 Les Larmes du Pere Maison Alain Paret | 4 | $18.99 | $75.96 |
| 9/10/2013 | 2706526 | Super Tuscan 2007 AnimaLibera 'Alma 3' Toscana IGT By Emiliano Falsini | 4 | $11.99 | $47.96 |
| 9/10/2013 | 2704654 | Macon-Chardonnay 'Les Crets' 2009 Chateau De Messey | 4 | $14.99 | $59.96 |
| 9/10/2013 | 2700488 | Bourgogne Pinot Noir Philippe Leclerc 2009 | 4 | $16.99 | $67.96 |
| 9/10/2013 | 2697563 | Chianti DOCG 2011 'Colle De' Fossili' Fattoria Piccaratico | 4 | $9.99 | $39.96 |
| 9/10/2013 | 2693087 | Chianti Classico Riserva Castello di Bibbione 2008 | 4 | $17.99 | $71.96 |
| 9/10/2013 | 2691065 | Super Tuscan 2005 Vitanza 'Quadrimendo' Toscana IGT | 4 | $14.99 | $59.96 |
| 9/10/2013 | 2689445 | Barbaresco DOCG 2007 Fontanafredda 'Varej' | 4 | $18.99 | $75.96 |
| 9/10/2013 | 2689330 | Gigondas AOC 2009 Cotes du Rhone Cru Domaine du Pradas | 4 | $17.99 | $71.96 |
| 9/10/2013 | 2688968 | Red Burgundy 2009 Chassagne-Montrachet Chateau Chassagne de Montrachet | 4 | $18.99 | $75.96 |

SASNAUSKAS ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|------|---------|------|----------|------------|-------------|
| 9/4/2013 | 2677540 | Willamette Vly Pinot Noir Freedom Hill Vineyard 2009 Panther Creek | 4 | $19.99 | $79.96 |
| 9/2/2013 | 2673856 | Super Tuscan 4-Pack I Balzini White Label 2008 I Giusti & Zanza Nemorino Toscana IGT 2010 | 1 | $69.99 | $69.99 |
| 8/26/2013 | 2661126 | Prosecco Superiore NV Serre Colsenta Valdobbiadene DOCG | 4 | $12.99 | $51.96 |
| 8/17/2013 | 2639498 | Cava Brut Reserva N/V Poema Spanish Sparkling | 4 | $12.99 | $51.96 |
| 8/11/2013 | 2622387 | Sauvignon Blanc Reserve Maxwell Creek Winery Napa Valley 2012 | 4 | $12.99 | $51.96 |
| 8/9/2013 | 2619273 | Sauternes 2010 Bastor Lamontagne Chateau Bordenave | 4 | $16.99 | $67.96 |
| 8/9/2013 | 2618992 | Burgundy Pinot Noir Laleure-Piot Beaune 2010 | 4 | $17.99 | $71.96 |
| 8/1/2013 | 2599626 | 94 Pt. Estate Cabernet Arger-Martucci Vineyards Atlas Peak Napa 2007 | 4 | $24.99 | $99.96 |
| 8/1/2013 | 2599192 | Cotes de Provence Rose Vieilles Vignes 2012 Dom. du Garde Temps | 4 | $10.99 | $43.96 |
| 7/5/2013 | 2543190 | Brut Reserve Champagne Charles de Monrency NV By Nicolas Gueusquin | 4 | $19.99 | $79.96 |
| 7/4/2013 | 2542006 | Brunello DOCG 3-pack Terralsole 2007 Lecciaia Manapetra 2006 La Fiorita 2005 | 2 | $74.99 | $149.98 |
| 7/2/2013 | 2538664 | Cremant de Bourgogne N/V Blanc de Blancs Brut Jaffelin Grand Cuvee Speciale | 4 | $13.99 | $55.96 |
| 6/19/2013 | 2491368 | Chianti Classico DOCG Rocca di Castagnoli Tuscany 2009 | 4 | $13.49 | $53.96 |
| 6/19/2013 | 2490846 | Red Burgundy 2008 Chorey-Les-Beaune Domaine Laleure-Piot | 4 | $14.99 | $59.96 |
| 6/19/2013 | 2488423 | Barbera D'Alba 2004 Tenuta Rocca 'Roca Neira' | 4 | $9.99 | $39.96 |
| 6/19/2013 | 2488052 | Bordeaux Superieur 2008 Reserve du Croix Mouton By Michel Rolland | 4 | $9.99 | $39.96 |
| 6/19/2013 | 2488023 | Chianti Rufina Riserva Lavacchio Cedro 2004 | 4 | $11.99 | $47.96 |

Total     $11,390.03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KYLE CANNON, LEWIS LYONS, AND      )   Civil Action No. 16-1452 (RMB)(AMD)
DIANNE LYONS, INDIVIDUALLY         )
AND ON BEHALF OF ALL OTHERS        )
SIMILARLY SITUATED,                )
                                   )
                Plaintiffs,        )
                                   )
v.                                 )
                                   )   **DECLARATION OF RYAN RUSSELL IN**
ASHBURN CORPORATION, *et al.*,     )   **SUPPORT OF OBJECTION**
                                   )
                Defendants.        )

COUNTY OF CUYAHOGA
STATE OF OHIO

      Ryan Russell, being first duly sworn, declares as follows:

      1.     I am over the age of twenty one (21), competent to testify and make the following statements based on my personal knowledge.

      2.     My mailing address is currently 593 Lander Drive, Highland Heights, Ohio 44143.

      3.     My phone number is (216) 573-0357.

      4.     During the period of March 15, 2010 to November 1, 2016, I made ten separate purchases of wine through WTSO.com.

      5.     A true and accurate list of purchases I made through WTSO.com from March 15, 2010 to November 1, 2016 is attached hereto as Exhibit A.

      6.     Because I made purchases of wine through WTSO.com from March 15, 2010 to November 1, 2016 as a resident of the United States, I am a member of the Class as defined in the Notice of Class Action Settlement.



EXHIBIT

3

7.      On December 22, 2017, I submitted an online Verification Form to remain in the Class at the web address https://kccsecure.com/winesettlement/Claimaint. My Claim ID from the Verification Form submission is AUA-10221989-3.

8.      I object to this settlement on the grounds identified in the submitted Objection of Derek Hansen, Vytauras Sasnaukas, and Ryan Russell to Settlement Approval and filed by my attorneys Brendon Friesen and Kenneth Smith of Mansour Gavin LPA.

9.      My signature, below, indicates my disapproval of the settlement in its current form and further indicates my consent to the objections filed.

I declare under penalty of perjury that the foregoing is true and correct.

RYAN RUSSELL

SWORN TO BEFORE ME and subscribed in my presence this _6_ day of February, 2018.

NOTARY PUBLIC

SAMANTHA WHITE
NOTARY PUBLIC
IN AND FOR THE STATE OF OHIO
MY COMMISSION EXPIRES
OCTOBER 8, 2018

Page 2 of 2

RUSSELL ORDER HISTORY

| Date | Order # | Wine | Quantity | Unit Price | Order Total |
|---|---|---|---|---|---|
| 10/23/2016 | 5747198 | Entre-Deux-Mers 2015 Bordeaux Blanc Chateau Valade | 4 | $11.99 | $47.96 |
| 10/6/2016 | 5702572 | Gran Viu Seleccion 2012 Vinedos y Bodegas Pablo | 4 | $14.99 | $59.96 |
| 9/9/2016 | 5629387 | Domaine du Touch 2015 Cotes de Gascogne Blanc | 4 | $10.99 | $43.96 |
| 7/24/2016 | 5528943 | Entre-Deux-Mers 2015 White Bordeaux Chateau La Grande Metairie | 4 | $12.99 | $51.96 |
| 7/23/2016 | 5526326 | 93 Pt. Ribera del Duero 2009 Garcia de Aranda Senorio de Los Baldios | 4 | $14.99 | $59.96 |
| 7/19/2016 | 5505320 | Le Blason du Prince Chateauneuf-du-Pape 2014 | 1 | $19.99 | $19.99 |
| 7/19/2016 | 5497434 | Livia Fontana Barolo DOCG 2006 | 1 | $19.99 | $19.99 |
| 7/17/2016 | 5491950 | Bordeaux Superieur 2011 Chateau de Macard Reserve | 4 | $13.99 | $55.96 |
| 7/7/2016 | 5471434 | Conti Zecca Negroamaro Salento IGT 2012 | 4 | $12.99 | $51.96 |
| 6/28/2016 | 5451697 | La Legua Crianza 2010 Tempranillo | 4 | $12.99 | $51.96 |

Total    $463.66

EXHIBIT
3-A
ALL-STATE LEGAL®