February 12, 2018

To: Clerk of the Court
United States District Court for the District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

From: Patrick Dean Taylor
311 E Wabash Avenue
Crawfordsville, IN 47933
Tel: 765-376-2787

**RECEIVED**
FEB 1 6 2018
AT 8:30_____ M
WILLIAM T. WALSH CLERK

Re: Cannon v. Ashburn Corporation, Civil Action No. 16-1452 (RMB)(AMD)

To the Honorable Court,

I am a class member to the above settlement because I purchased the following wine:

Wine:       2011 Pointelle Pinot Noir
Date:       02/18/14
Order #:    3125990

As a class member, I object to the proposed settlement terms. I find the terms to be inadequate given WTSO's breach of their customers' trust. I also feel that WTSO will ultimately benefit and profit from every single settlement credit redeemed.

Instead of the proposed settlement, <u>I request that the Court require WTSO to grant all eligible Class Members a $108.00 credit to be used toward up to 100% of the amount of the purchase price of any wines offered by WTSO, without restriction or limitation, during the Class Period.</u>

I make this request because:

1) Class Counsel has stated a $10.8 million benefit being made to over 200,000 Class Members, which is approximately $54.00 per claimant. The $108.00 request is approximately 2 times the average benefit created per claimant.
2) Wine is not a widget. Rather, it is a subjective consumable whose value is wholly dependent on consumer preference. As a Claimant, I should be able to freely choose which wines to purchase. Under the proposed settlement terms, WTSO could offer wine varietals that I do not prefer, lower rated wines, or wines that disagree with other personal preferences.
3) WTSO should not be allowed to benefit and profit from the behavior that has led to this settlement. Under the proposed settlement, I estimate I have about $117.00 in credits. At a $2.00 credit per bottle, I would have to purchase 58.5 bottles to fully use my credits. If my purchase price was $17.99 per bottle (i.e. $19.99 less $2.00 credit), I would have to spend $1,043.42 to fully use my credits. In addition, WTSO could manipulate the amount of discount on credit-eligible wines to offset lost revenue. For example, instead of a $45.00 retail wine being offered at $19.99, WTSO could simply offer the same wine at $21.99 or higher.

I also object to the attorney fees.

1) Again, Class Counsel has stated a $10.8 million benefit being made to over 200,000 Class Members. I emailed Mr. Oren Giskan, one of the Class attorneys, for more information about the benefit and the Class Members. Mr. Giskan did not know how many Class Members would

1

actually file a claim before the deadline. Mr. Giskan also did not know how many eligible Class Members would fully use their credits.

2) Class Member details are difficult to research, but I did find one example involving the Ford Motor Company. In 2007, attorneys were awarded $25 million in a class action against Ford Motor Company regarding the Ford Explorer. Consumers were eligible for a coupon worth either $300.00 or $500.00 toward the purchase of a new vehicle. Less than 9% of eligible claimants (148 out of 1,647) had redeemed a coupon, for approximately $74,000. In WTSO's case, that would mean less than 18,000 Claimants would actually use at least some of their credits. The proposed $2.00 credit per bottle could mean the actual value of credits used could be as little as $36,000. I contend that the value class members will actually receive is a much smaller percentage of the stated value of the settlement.

Furthermore, the current settlement terms place an undue financial burden on me as a Class Member.

1) I have purchased approximately 175 bottles during the Class Period. The Class Period is approximately 6.625 years, meaning I have averaged approximately 26.42 bottles per year. Under the proposed settlement, I would have to increase my purchasing frequency by more than 119% to fully expend my credits during the Redemption Period. I am not in a financial position to increase my purchasing frequency.

The proposed settlement terms allow WTSO and Class Counsel to hide the actual value of the settlement. I strongly object to this.

1) Class Counsel and WTSO should be required to make public the number of eligible Class Members who successfully complete a Verification Form sixty (60) days after the Effective Date.
2) Class Counsel and WTSO should be required to make public on a monthly basis the aggregate amount of credits used during the Redemption Period.
3) Class Counsel and WTSO should be required to make public a final report that contains information such as: aggregate number of eligible Class Members, the aggregate number of Class Members who used at least $.20 credit, and the aggregate amount of credits used.

The current settlement terms do not appreciably punish WTSO for their behavior.

1) Mr. Giskan was unable to tell me how WTSO is paying the damages. Absent any actual information, I contend WTSO has filed a claim under their General Liability insurance policy to pay for this settlement. Paying a slightly higher insurance premium in the future is not a an acceptable punishment for breaching my trust.

Finally, other recent settlements have offered more benefit to the Class Members.

In January 2018, KT Health Holdings agreed to pay $1.75 million to settle deceptive marketing allegations regarding its KT Tape product. Consumers can submit a claim form to get up to 50% of the full retail price of up to 5 KT Tape products. Prices range from $9.99 to $89.99, with an average price of $31.64 per product. Based on the average price, the maximum claim could be up to $79.09 per consumer. KT Health Holdings also agreed to change the way its athletic tape is advertised.

Also in January 2018, Proctor & Gamble agreed to pay $30 million to settle false claims regarding the purported benefits of its Align probiotic products. Eligible Settlement Class Members may receive cash refunds up to $49.26 for up to 3 packages of Align products purchased.

WTSO should not be allowed to profit from their actions, which they will with this settlement. Instead, WTSO should issue a $108 credit to every eligible Class Member to freely purchase up to 100% of the purchase price of any wine offered by WTSO, with no exceptions or restrictions, during the Class Period.

2

Thank you for the opportunity to register my objection.

Sincerely,

*[signature]*

Patrick Taylor

Attachment:
1. Email communication between Patrick Taylor and Oren Giskan

Citations:
1) http://www.instituteforlegalreform.com/uploads/sites/1/Class_Action_Study.pdf
2) http://www.alignsettlement.com
3) https://www.ktsettlement.com

Cc: Oren Giskan
Giskan Solotaroff & Anderson
217 Centre Street, 6th Floor
New York, New York 10013

Suzanne Ilene Schiller
Manko, Gold, Katcher & Fox, LLP
401 City Avenue, Suite 901
Bala Cynwyd, PA  19004





AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español

All Patrick Taylor, search your mailbox | Search Mail | Search Web | Home | Patrick

Compose

Archive | Move | Delete | Spam | More | Collapse All

Inbox (284)
Drafts (379)
Sent
Archive
Spam (38)
Trash (256)
Smart Views
Folders (34)
20th (13)
Apartment 2012
Apartment 2013-14
Apartment 2014-15
Apartment 2015-16
Apartment 2017-18
Art Center
Baby
Bannon (3)
Baseball
Cali Trip - Dec 2013
Car Hunters (2)
Caring Center
CDBG Grant Admin
City Council
Cloudburst
First Grade
Food and Wine
Fort Wayne CoC
House and Apt
House Hun... (3)
Main Street
Merida
MVC Songwriters
NAP
Paulee
Paulee 2014
Personal
RECAP
Salud (13)
School
Recent

Question re: Settlement and WTSO Insurance (3)

**Patrick Taylor** Mr. Giskan, WTSO has agreed to pay the attorney fe Feb 9 at 6:11 PM

**Oren Giskan** Patrick- I do not know the answer to your question. O Today at 10:40 AM

**Patrick Taylor** <ptaylor2112@sbcglobal.net> Today at 2:13 PM
To Oren Giskan

Thank you again for your prompt response.

Regards,
Patrick Taylor

Hide original message

On Monday, February 12, 2018 10:40 AM, Oren Giskan <ogiskan@gslawny.com> wrote:

Patrick-

I do not know the answer to your question.

Oren Giskan

**From:** Patrick Taylor [mailto:ptaylor2112@sbcglobal.net]
**Sent:** Friday, February 9, 2018 6:12 PM
**To:** Oren Giskan <ogiskan@gslawny.com>
**Subject:** Question re: Settlement and WTSO Insurance

Mr. Giskan,

WTSO has agreed to pay the attorney fees.

How are they planning to pay them? Are they filing a claim with their insurance?

Sincerely,
Patrick Taylor

Reply | Reply to All | Forward | More

Schedule a $49 heart screening
Franciscan HEALTH HEART CENTER
Don't skip a beat

CLICK TO GET STARTED!

### Cannon v Ashburn (WTSO) Settlement Questions (3)

˅ Hide original message

On Friday, February 9, 2018 4:28 PM, Oren Giskan <ogiskan@gslawny.com> wrote:

Patrick-

I am sorry I missed your call.

Unfortunately, I do not have the answers to your questions. I am hopeful that many class members will submit Verification Forms and will use their Credits. As you note, on average, class members can get a significant amount of credits.

I hope that you will complete the simple Verification Form and use your Credits.

Please let me know if you have any additional questions.

Oren Giskan

**From:** Patrick Taylor [mailto:ptaylor2112@sbcglobal.net]
**Sent:** Friday, February 9, 2018 3:51 PM
**To:** Oren Giskan <ogiskan@gslawny.com>
**Subject:** Cannon v Ashburn (WTSO) Settlement Questions

Mr. Giskan,

I am preparing an objection to the WTSO settlement. In the application for attorney fees, page 7, you state:

"Here, the relief is being made available to over 200,000 Class members. The Settlement provides approximately $10.8 million in Credits to the Class."

This averages approximately $54 of credits per class member.

My questions are:

1) How many class members are expected to file a claim before the deadline?
2) How many class members are expected to fully use all of their credits?

Please let me know at your convenience.

Regards,
Patrick Taylor

311 E WABASH AVE
CRAWFORDSVILLE, IN
47933

INDIANAPOLIS IN 460

10 FEB 2018 PM 5 L

CLERK OF THE COURT
US DISTRICT COURT - NEW JERSEY
4TH & COOPER STREETS
CAMDEN, NJ 08101

RECEIVED
AT 8:30
FEB 16 2018
WILLIAM T. WALSH, CLERK
M

08102-230243