UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYLE CANNON, LEWIS LYONS, AND DIANNE LYONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ASHBURN CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 16-1452 (RMB)(AMD) |

**CERTIFICATION OF BRENDON P. FRIESEN, ESQUIRE**

BRENDON P. FRIESEN, ESQUIRE, being duly sworn according to law, deposes and says:

1. I am currently an attorney and a member in good standing of the bars of the States of Ohio and Illinois, as well as the United States District Courts for the Northern District of Ohio, Southern District of Ohio, and the Northern District of Illinois. I am also a member in good standing of the bar of the Sixth Circuit Court of Appeals.

2. I was admitted to practice in Ohio in 2003. The Supreme Court of Ohio holds the roll of attorneys in Ohio and can be reached at 65 South Front Street, Columbus, OH 43215-3431 and the telephone number is 614-387-9000.

3. I was admitted to practice in Illinois in 2007. The Attorney Registration & Disciplinary Commission of the Supreme Court of Illinois holds the roll of attorneys in Illinois and can be reached at One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago, IL 60601-6219 and the telephone number is (312) 565-2600.

4. There are no disciplinary or criminal proceedings pending against me in any jurisdiction. I have never been the subject of any disciplinary or criminal proceedings.

5. I have not been denied admission to any state or federal court, and I am familiar with the Local Rules for the District of New Jersey and the New Jersey Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of New Jersey. I will at all times abide by and comply with those rules, including L.Civ.R. 101.1(c), and I submit to the Court's jurisdiction for discipline.

6. Upon my admission, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and make a payment of $212.00.

7. I am a Shareholder with the law firm of Mansour Gavin LPA in Cleveland, Ohio.

8. I am familiar with the subject matter of this action and have been requested by the Objectors Derek Hansen, Vytauras Sasnauskas, and Ryan Russell to represent them in connection with this suit. I respectfully submit that this constitutes good cause to warrant my admission to this Court *pro hac vice*.

9. I understand that I shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the New Jersey Rules of Professional Conduct.

10. I submit this Certification in support of the Motion for Admission of Counsel *Pro Hac Vice* to the Bar of this Court and respectfully request that it be granted in its entirety. I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                      BRENDON P. FRIESEN, ESQUIRE

Dated: February 16, 2018