# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | |    NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

March 14, 2018

<u>VIA ECF</u>

Hon. Renée Marie Bumb
United States District Judge
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:   <u>Cannon, *et al*. v. Ashburn Corporation, *et al.*
Civil Action No. 16-1452(RMB)(AMD)</u>

Dear Judge Bumb:

      This firm, along with our co-counsel, represents Plaintiffs and the Class in the above-referenced matter.  On March 13, 2018, Plaintiffs and the Class filed a corrected version of their brief in support of final approval.  ECF 88.  The corrected brief revises scriveners' errors, reformats tables, and adds a clarifying footnote, see p. 4, fn. 5.  Consistent with the Court's preferences and Local Rule 7.1(g), courtesy copies of the corrected brief and supporting papers are scheduled to be delivered to the Court today, March 14, 2018.

      Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.  My partner, Donald Ecklund, will be handling our presentation on Monday, March 19th as I am out of the country on a trip scheduled last year.  I will, however, be available by phone if the Court desires.

      Respectfully submitted,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO, P.C.

      /s/ James E. Cecchi

      JAMES E. CECCHI

cc: All Counsel (via ECF)